United States Bankruptcy Court

Eastern District of Michigan

In the Matter of:

Valencia S. Wheeler                                    Case No: 18-42421-mlo

Chapter: 7

Hon. Maria L. Oxholm

_____Debtor(s) /

### Order Reopening Case and Setting Aside the Final Decree

A Final Decree closing the case was entered on October 4, 2022. After further review, it has been determined the entry of the Final Decree closing the case was in error. The Trustee has not yet filed their Final Report. **Now, Therefore;**

**IT IS HEREBY ORDERED** that the Final Decree entered October 4, 2022 is set aside and the above entitled case is reopened.

**Signed on October 4, 2022**

/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge